**<u>UNPUBLISHED</u>**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7037**

---

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ROY HORTON,

                                    Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, Chief District Judge.  (CR-93-40, CA-01-4-1)

---

Submitted:  January 30, 2002          Decided:  June 17, 2002

---

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Roy Horton, Appellant Pro Se.  Thomas Oliver Mucklow, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Horton seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion for recusal. We have reviewed the record and the district court's opinions accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Horton's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Horton, Nos. CR-93-40; CA-01-4-1 (N.D.W. Va. Mar. 5, 2001; Mar. 22, 2001; May 2, 2001). We also deny Horton's motion to substitute the Assistant United States Attorney assigned to this case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED